IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IN RE:  ROBERT P. BAINES and
DEANN M. BAINES,

      Debtors.

CROSSINGHAM TRUST, STACY
CROSSINGHAM and ALLAN
CROSSINGHAM, Trustees,

      Plaintiffs/Appellees,

vs.                                          Civil No. 06-63 RB/RHS
                                                Adversary Pro. No.:  04-01123 M
ROBERT P. BAINES and                   Bankruptcy No.:  7-03-17210 MS
DEANN M. BAINES,

      Defendants/Appellants.

## ORDER AND JUDGMENT

      **THIS MATTER** comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition on Bankruptcy Appeal ("PFRD"), filed March 8, 2007 **[Doc. 16]**. Having considered the objections filed in response to the PFRD and having made a *de novo* determination of those portions of the PFRD objected to, the Court will overrule the objections, adopt the PFRD and affirm the decision of the Bankruptcy Court.

      **WHEREFORE**,

      **IT IS HEREBY ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition on Bankruptcy Appeal **[Doc. 16]** are adopted by the Court.

      **IT IS FURTHER ORDERED** that the Bankruptcy Court's judgment in favor of the Crossinghams against Robert Baines on the Crossinghams' claim for non-dischargeability of debt under 11 U.S.C. § 523(a)(4) and the Bankruptcy Court's order denying summary judgment

to the Baines on the Crossinghams' claim for non-dischargeability of debt based on § 523(a)(2)(A) is affirmed.

**IT IS FINALLY ORDERED, ADJUDGED AND DECREED** that this civil proceeding is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE